[No. 45829-2-II. Division Two. June 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCO R. MEDINA, *Appellant*.

 *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ.

[No. 45928-1-II. Division Two. June 23, 2015.]

BRUCE BUTSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

 *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J. Now published at 189 Wn. App. 288.

[No. 46090-4-II. Division Two. June 23, 2015.]

*In the Matter of the Personal Restraint of* JOHN MICHAEL TROIT, *Petitioner*.

 *Granted* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

[No. 46154-4-II. Division Two. June 23, 2015.]

WILLIAM HOLDNER ET AL., *Appellants*, v. THE PORT OF VANCOUVER, *Respondent*.

*Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.